

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2014

No. 04-14-00237-CR

David A. **RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-07-11311-CR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

The trial court has filed an amended certification, certifying that this is not a plea-bargain case and the defendant has the right of appeal. Accordingly, we retain the appeal on the docket of this court. Appellant's brief is due thirty days from the date of this order.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court